Evolve Talent



Agency

08-80807-CIV-MIDDLEBROOKS

November 23, 2008

Magistrate Johnson
United States District Court
299 East Broward Boulevard
Fort Lauderdale, FL 33301

FILED by _____ D.C.

FEB 11 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Dear Judge Johnson,

Attached is a copy of the return of service filed in the original matter. As the Habeas Corpus Petition did not include summons, only a civil cover with indication of the related case matter, it is the position of Evolve that this is a continuing matter and that Process of Service was not necessary. However, a certificate of service was completed and both the return and the certificate are included for your review.

If more service is required, please do not hesitate to let me know.

Sincerely,

Jonathan Elliott

Cc: Zuckerman, Spaeder

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
MIDDLEBROOKS/JOHNSON

JONATHAN ELLIOTT , d.b.a
"EVOLVE TALENT AGENCY", et.al

vs.                                                                                      File No. 08-80807

CHURCH OF SCIENTOLOGY
INTERNATIONAL, et. al.

DEFENDANTS
_____ /

## STATUS REPORT

The original ruling in this matter was based on the Defendant's argument that compliance issues were the cause for the Petitioner's business failure. When the Petitioner's defect was cured, Defendant found new reasons to cause the service failure. Thus, the Court is asked to re-evaluate the position and the conditions of the marketplace. Moreover, the Petitioner's personal property (residence) that was promised to be intact, is no longer, thus Replevin is an adequate remedy.

Sincerely,

Jonathan Elliott

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Status Report was delivered via US Mail on the 24th day of November , 2008, to: Zuckerman Spaeder, LLC 1800 M STREET, NW, SUITE 1000, WASHINGTON, DC 20036-5807  Counsel for Defendant.

Jonathan Elliott

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered via US Mail on the 18th day of July, 2008, to all those on the attached service list.

_____
Jonathan Elliott

## SERVICE LIST

Zuckerman Spaeder Llp
1800 M Street, NW Suite 1000
Washington, DC 20036-5807
202.778.1800
202.822.8106 fax
Attorneys for Appellee
Church of Scientology International

AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | 6/26/06  11:55a.m. |
| NAME OF SERVER (PRINT)  MOHAMED ELALI | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

☒  Other (specify):  LEFT COPIES WITH THE CORPORATE OFFICE AT:
   JOHN DOE, OFFICE MANAGER, (refused name) white male, 40yrs
   6331 Hollywood Blvd., Los Angeles, Ca. 90028    5-6, 180lbs

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  75.00 | TOTAL  75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/27/06
             Date

Signature of Server

2070 N. Tustin Ave.
Address of Server
Santa Ana, Ca. 92705
(877)507-7623

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.